IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA TANGREDI, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | **Civil Action No.: 06-cv-00141(RWB)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, LAURA TANGREDI, Individually and as Mother of MATTHEW MICHAEL TANGREDI, a minor, MATTHEW MICHAEL TANGREDI, a minor, and JOHN TANGREDI in the above-referenced matter.

                                          Respectfully submitted,

                                          AARON M. LEVINE & ASSOCIATES

                                          /s/ Brandon J. Levine
                                          BRANDON J. LEVINE, #412130
                                          1320 19th Street, N.W., Suite 500
                                          Washington, DC  20036
                                          202-833-8040
                                          Fax: 202-833-8046