IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA TANGREDI, et al.** | ] |
| | ] |
| **Plaintiffs,** | ] |
| | ] |
| v. | ]   Civil Action No.: 06-cv-00141(RWB) |
| | ]   Next Event: |
| **ELI LILLY AND COMPANY, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, LAURA TANGREDI, Individually and as Mother of MATTHEW MICHAEL TANGREDI, a minor, MATTHEW MICHAEL TANGREDI, a minor, and JOHN TANGREDI in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046