IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA TANGREDI, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 06cv00141 |
| ) | |
| v. ) | Judge Reggie B. Walton |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please note the appearance of John F. Anderson with the firm of Troutman Sanders LLP as counsel for defendant Dart Industries, Inc., (formerly known as Rexall Drug Company).

                                  DART INDUSTRIES, INC.

                                  By Counsel

Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4356

By: _____
     John F. Anderson
     DC Bar No. 393764

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360