IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURA TANGREDI, et al.,

                   Plaintiffs,

        v.

ELI LILLY AND COMPANY, et al.,

                   Defendants.

Case No. 1:06-cv-00141-RBW

## <u>NOTICE OF APPEARANCE</u>

The Court will please enter the appearance of **Aaron M. Bailey** (#484262) as counsel for the Defendant Premo Pharmaceutical Laboratories, Inc., in the above-captioned matter.  I certify that I am admitted to practice in this court.

Respectfully submitted,

By: /s/ Aaron M. Bailey
    Aaron M. Bailey (Bar No. 484262)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
Abailey@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February 2006, a copy of the

foregoing has been duly served upon counsel of record by first-class mail, postage

prepaid to the following:

Aaron M. Levine, Esquire
Brandon J. Levine, Esquire
Renee Lynne Robinson-Meyer, Esquire
Steven Jay Lewis, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiff*

Lawrence Hedrick Martin, Esquire
Foley Hoag LLP
1875 K Street, NW
Washington, DC 20006
*Attorneys for Defendant Eli Lilly and Company*

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, Maryland  21202
*Attorneys for Defendant Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker Biddle LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
Mc Lean, VA 22102
*Attorneys for Defendant Dart Industries, Inc.*

Ashley Wall Hardin
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005-5901
*Attorneys for Defendant Wyeth Pharmaceuticals Inc.*

/s/ Aaron M. Bailey

Aaron M. Bailey (Bar No. 484262)