IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAURA TANGREDI, et al.,

              Plaintiffs,

     v.

ELI LILLY AND COMPANY, et al.,

              Defendants.

Case No. 1:06-cv-00141-RBW

**RULE 7.1 DISCLOSURE STATEMENT**

      PLEASE TAKE NOTICE, that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Premo Pharmaceutical Laboratories, Inc. ("Premo"), by and through its attorneys, Goodwin Procter, LLP, states that Premo has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

      Respectfully submitted,

      By: /s/ Aaron M. Bailey
          Aaron M. Bailey (Bar No. 484262)

      GOODWIN PROCTER LLP
      901 New York Avenue, N.W.
      Washington, D.C. 20001
      Telephone: (202) 346-4000
      Facsimile: (202) 346-4444
      Abailey@goodwinprocter.com

      *Attorneys for Defendant*
      *Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

Case 1:06-cv-00141-RBW    Document 16    Filed 02/28/2006    Page 2 of 4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February 2006, a copy of the foregoing has been duly served upon counsel of record by first-class mail, postage prepaid to the following:

Aaron M. Levine, Esquire
Brandon J. Levine, Esquire
Renee Lynne Robinson-Meyer, Esquire
Steven Jay Lewis, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
aaronlevinelaw@aol.com
levbran@aol.com
slewis@aaronlevinelaw.com
*Attorneys for Plaintiff*

Lawrence Hedrick Martin, Esquire
Foley Hoag LLP
1875 K Street, NW
Washington, DC 20006
lmartin@foleyhoag.com
*Attorneys for Defendant Eli Lilly and Company*

Sidney G. Leech, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, Maryland  21202
sgl@gdldlaw.com
*Attorneys for Defendant Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker Biddle LLP
1500 K Street, NW, Suite 1100
Washington, DC  20005-1209
elizabeth.ewert@dbr.com
*Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive, Suite 600
Mc Lean, VA 22102
john.anderson@troutmansanders.com
*Attorneys for Defendant Dart Industries, Inc.*

Ashley Wall Hardin
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005-5901
ahardin@wc.com
*Attorneys for Defendant Wyeth Pharmaceuticals Inc.*

/s/ Aaron M. Bailey

Aaron M. Bailey (Bar No. 484262)