IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY KASPARIAN, et al. ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-00290(RMC) |
| ] | Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, ] | on  May  26, 2006 at 11:15 a.m. |
| ] | |
| Defendant. ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

August 24, 2006:  Deadline for serving discovery requests.

September 25, 2006:  Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

October 25, 2006:  Deadline for defendant to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 26, 2006:  All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

January 25, 2007:  Deadline for filing Dispositive Motions.

March 2007:  Pre-Trial Conference.

DATED: _____     _____
                                                                                 ROSEMARY M. COLLYER
                                                                                 United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine | /s/ James J. Dillon (by permission-rm) |
| AARON M. LEVINE, #7864 | JAMES J. DILLON, #485593 |
| 1320 19th Street, N.W., Suite 500 | 155 Seaport Boulevard |
| Washington, DC  20036 | Boston, MA  02210 |
| 202-833-8040 | 617-832-1000 |
| Counsel for Plaintiffs | and |
|  | Lawrence H. Martin, Esq. |
|  | FOLEY HOAG LLP |
|  | 1875 K Street, N.W., Suite 800 |
|  | Washington, DC  20006 |
|  | 202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: May _____, 2006