IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA TANGREDI, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 06-cv-00141(RBW) |
| ] | Next Event: Initial Scheduling |
| **ELI LILLY AND COMPANY, et al.,** ] | Conference on May 16, 2006 at 9:00 a.m. |
| ] | |
| **Defendants.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

August 14, 2006:   Deadline for serving Discovery Requests.

September 13, 2006:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

October 13, 2006:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

December 12, 2006:   All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

January 11, 2007:   Deadline for Filing Dispositive Motions.

March 2007:   Pre-Trial Conference.


DATED: _____          _____
                                         REGGIE B. WALTON
                                         United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine | /s/ James J. Dillon (by permission-rm) |
| AARON M. LEVINE, #7864 | JAMES J. DILLON, #485593 |
| 1320 19th Street, N.W., Suite 500 | 155 Seaport Boulevard |
| Washington, DC  20036 | Boston, MA  02210 |
| 202-833-8040 | 617-832-1000 |
| Counsel for Plaintiffs | and |
|  | Lawrence H. Martin, Esq. |
|  | FOLEY HOAG LLP |
|  | 1875 K Street, N.W., Suite 500 |
|  | Washington, DC  20006 |
|  | 202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN LLP |
|  | /s/ Sidney G. Leech (by permission-rm) |
|  | SIDNEY G. LEECH, #359071 |
|  | One South Street, 20th Floor |
|  | Baltimore, MD  21202 |
|  | 410-783-4000 |
|  | Counsel for Defendant Bristol-Myers Squibb |
|  | TROUTMAN SANDERS LLP |
|  | /s/ John F. Anderson (by permission-rm) |
|  | JOHN F. ANDERSON, #393764 |
|  | 1660 International Drive, Suite 600 |
|  | McLean, VA  22102 |
|  | 703-734-4356 |
|  | and |

Sheila AnnMarie Moeller
GILBRIDE, TUSA, LAST & SPELLANE LLC
31 Brookside Drive
Greenwich, CT  06836
203-622-9360

Counsel for Defendant Dart Industries, Inc.

DRINKER BIDDLE & REATH LLP


 /s/ Elizabeth Ewert   (by permission-rm)
ELIZABETH EWERT, #479368
1500 K Street, N.W., Suite 1100
Washington, DC  20005-1209
202-842-8800

Counsel for Defendant Pharmacia & Upjohn
        Company LLC

GOODWIN PROCTER LLP

 /s/ Aaron M. Bailey(by permission-rm)
AARON M. BAILEY, #484262
901 New York Avenue, N.W.
Washington, DC  20001
202-346-4000

Counsel for Defendant Premo Pharmaceutical
        Laboratories, Inc.


WILLIAMS & CONNOLLY LLP


 /s/ F. Lane Heard, III (by permission-rm)
F. LANE HEARD, III, #291724
725 12th Street, N.W.
Washington, DC 20005
202-434-5000

Counsel for Defendant Wyeth

May 1, 2006