UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LAURA TANGREDI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-141 (RBW) |
| ) | |
| ELI LILLY AND COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 16, 2006, the plaintiff's counsel orally moved the Court to transfer this case to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. § 1404(a) (2000).[1] The Court agrees with the plaintiff that the Central District of California, Western Division, is the appropriate venue for this action to be litigated. Therefore, in accordance with Court's oral orders issued during the status conference held on May 16, 2006, it is hereby

**ORDERED** that the plaintiff's oral motion to transfer this case to the Central District of California, Western Division, is GRANTED. It is further

**ORDERED** that this matter shall be transferred to the Central District of California, Western Division.

---

[1] Counsel for five of the six defendants in this case indicated that their clients do not oppose the plaintiff's motion. Counsel for the sixth defendant—Bristol-Myers Squibb Company—stated that he had not yet heard from his client regarding its position on the transfer motion.

**SO ORDERED** this 18th day of May, 2006.

                                                REGGIE B. WALTON
                                                United States District Judge