**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**333 CONSTITUTION AVENUE N.W.**
**WASHINGTON, D.C. 20001**

August 31, 2006

United States District Court
for the Central District of California, Western Division
Clerk's Office - Civil
Room G-19
312 N. Spring Street
Los Angeles, CA 90012

RE: *LAURA TANGREDI, et al., vs. ELI LILLY AND COMPANY, et al.,*
06-141 RBW

CV06-5584 SVW (AJWx)

Dear Clerk:

On 5/18/06, this Court signed an order transferring the above ECF case to your Court.

Please acknowledge receipt of our file on the duplicate copy of this letter. Please indicate your case number somewhere on the receipt.

Yours truly,
Nancy Mayer-Whittington
    Clerk

By: T. Davis
    Deputy Clerk
    (202) 354-3153

FILED 2006 SEP -6 PM 2:27
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____